**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

CLERK'S OFFICE U.S. DISTRICT COURT AT ROANOKE, VA
FILED
9/21/2026
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

BAYRON SANCHEZ GONZALEZ,

*Petitioner*,

v.

MARKWAYNE MULLIN, in his official capacity as U.S. Secretary of Homeland Security; JOSEPH B. EDLOW, Senior Official Performing the Duties of Director, U.S. Citizenship and Immigration Services,

*Respondents*.

Case No. 7:26-cv-00294

**ORDER**

THIS DAY came the Petitioner, BAYRON SANCHEZ GONZALEZ, by and through his own and proper person and through his attorneys, Amaryllis Law, and upon his motion that this matter be dismissed.

UPON CONSIDERATION WHEREOF, it appearing to the Court that the Respondents have adjudicated Petitioner's Application for Adjustment of Status, and for good and proper cause shown, the Court does hereby ORDER that this matter is dismissed and shall take no further action herein.

Entered this 21st day of September, 2026.

Thomas T. Cullen
United States District Judge